UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Connie Lopez,

    Plaintiff/Petitioner,

v.

Pam Bondi, Attorney General of the United States; Ronald L. Davis, Director, United States Marshals Service; Benjamine Huffman, Acting Secretary of the Department of Homeland Security; Steven C. Stafford, United States Marshal for the Southern District of California; MCC Warden - San Diego; and GEO Group Facility Administrator - San Diego,

    Defendant/Respondent.

CASE NO. **'25CV1441 BAS**

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum to the Respondents who have custody over the defendant and to produce the Defendant forthwith for arraignment before a United States magistrate.

Name of Detainee: Connie Lopez
Date of Arrest: 06/04/2025 at 11:30 p.m.
Detained at (custodian): _____

Detainee has been:
  a) (x) charged in this district by:
    ( ) Indictment  ( ) Information  (X) Complaint  ( ) Order to Show Cause
    Charging Detainee With: 8 USC 1324

or

  b) ( ) arrested by federal authorities but a complaint has not yet been filed.

Detainee will:
  a) ( ) return to the custody of detaining facility upon termination of proceedings

or

  b) ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the next magistrate calender hearing for arraignments forthwith.

                    **s/ Marissa Martinez**

                    Federal Defenders of San Diego, Inc.
                    Provisional Attorneys for Defendant

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED/DENIED** (circle one) Respondents is hereby **ORDERED/NOT ORDERED** (circle one) to produce the named detainee for arraignment on _____ in courtroom _____.

_____
Date

_____
United States Magistrate Judge

Please provide the following, if known:
  AKA(s) (if applicable): _____  Male ☐  Female ☐
  Booking or Fed. Reg. #: _____  DOB: _____
  Facility Address: _____  Race: _____
  _____  FBI#: _____
  Facility Phone: _____
  Currently Incarcerated For: _____

## RETURN OF SERVICE

Executed on _____ by _____
                              (Signature)